**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
Document Electronically Filed

HOWARD MANKOFF, ESQ. (HM 9083)
MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
Email: hmankoff@mdwcg.com
ATTORNEYS FOR DEFENDANT - JH Beers, Inc.

| | |
|---|---|
| RUDOLPH JEZERCAK<br><br>    Plaintiff,<br><br>v.<br><br>TIRENERGY CORP.<br><br>    Defendant/Third Party Plaintiff,<br><br>and<br><br>J.H. BEERS, INC. and ACTIVE TANK SERVICE D/B/A ACTIVE OIL SERVICES, INC.<br><br>    Third Party Defendant(s), | CIVIL ACTION NO.:01 CV 03438 (WJM)<br><br>**NOTICE OF MOTION** |

TO:    Clerk, William T. Walsh
        United States District Court
        District of New Jersey
        MLK Federal Bldg. & US Courthouse
        50 Walnut Street
        Newark, New Jersey 07102

        David Maran, Esq.
        Maran & Maran
        One River Front Plaza
        Suite 315
        Newark, NJ 07102
        Attorney for Plaintiff, Rudolph Jezercak

      Richard T. Smith, Esq.
      Margolis Edelstein
      P.O. Box 2222
      216 Haddon Avenue
      Westmont, NJ 08108-2886
      Attorney for Defendant/Third-Party Plaintiff, Tirenergy Corp

      David R. Cosgrove, Esq.
      Stevens & Schwab
      One Harmon Plaza
      Secaucus, New Jersey 07094
      Attorney for Third-Party Defendant, Active Tank Services, Inc.

PLEASE TAKE NOTICE that on May ____, 2004 the undersigned, Howard Mankoff, Esq. of Marshall, Dennehey, Warner, Coleman & Goggin, counsel for defendant, J.H. BEERS, INC., shall apply to the United States District Court, District of New Jersey, Newark, New Jersey for an Order granting defendant summary judgment and dismissing the plaintiff's Complaint with prejudice.

PLEASE TAKE NOTICE that oral argument is requested.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the brief and certification attached hereto in support of said application. A proposed form of Order is annexed hereto.

      Calendar Call:     None
      Conference:       May 4, 2004
      Trial Date:

                             MARSHALL, DENNEHEY, WARNER,
                             COLEMAN & GOGGIN


                             By:___s/ Howard Mankoff_____
                                  HOWARD MANKOFF, ESQ.

Dated:  April_16_, 2004
\11_A\LIAB\HAF\LLPG\300026\HAF\03099\00745