**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Document Electronically Filed

HOWARD MANKOFF, ESQ. (HM 9083)
MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
Email: hmankoff@mdwcg.com
ATTORNEYS FOR DEFENDANT - JH Beers, Inc.

| | |
|---|---|
| RUDOLPH JEZERCAK<br><br>    Plaintiff,<br><br>v.<br><br>TIRENERGY CORP.<br><br>    Defendant/Third Party Plaintiff,<br><br>and<br><br>J.H. BEERS, INC. and ACTIVE TANK SERVICE D/B/A ACTIVE OIL SERVICES, INC.<br><br>    Third Party Defendant(s), | CIVIL ACTION NO.: 01 CV 03438 (WJM)<br><br><br>**ORDER** |

This matter, having been brought before the Court by Howard Mankoff, Esq., of Marshall, Dennehey, Warner, Coleman & Goggin, counsel for defendant, J.H. BEERS, INC., upon notice to all counsel and for good cause shown;

**IT IS ON THIS**          day of                              , 2004; ORDERED

1.    The Complaint of plaintiff is dismissed with prejudice, granting summary judgment for J.H. Beers, Inc.; and

2.    A copy of this Order shall be served on all counsel within _____ days of the date of this Order.

                                                                        _____
                                                                                                , U.S.D.J.

\11_A\LIAB\HAF\LLPG\298433\HAF\03099\00745

1